**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00270-CV**
_____

**IN RE IP AVANTI VISION PARK OPCO, LLC**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 20-04-04810-CV**

**MEMORANDUM OPINION**

Relator IP Avanti Vision Park OPCO, LLC filed a motion to dismiss this original proceeding. The motion is granted, and we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on December 3, 2020
Opinion Delivered February 18, 2021

Before Golemon, C.J., Kreger and Horton, JJ.

1